United States District Court
Northern District of California

1

2

3

4             UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6

7    DENNIS CLISHAM,                          Case No.  14-cv-00548-JST

            Plaintiff,
8                                             **MINUTE ORDER NOTING DISMISSAL**

9         v.                                  Re: ECF No. 30

10   LIFE INSURANCE COMPANY OF
     NORTH AMERICA, et al.,

11           Defendants.

12        The parties have filed a stipulation of dismissal dated September 11, 2014, stating that they

13   have agreed to a settlement of this action.  ECF No. 30.  Because the stipulation is signed by all

14   parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil

15   Procedure 41(a)(1)(A)(ii).

16        This case has been dismissed with prejudice.  The Clerk shall close the file.

17        **IT IS SO ORDERED**.

18   Dated: September 11, 2014

19                                            _____
                                                          JON S. TIGAR
20                                                   United States District Judge

21

22

23

24

25

26

27

28